CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

MAY 17 2006

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| TEDGE WATSON, | ) |
| | ) |
| | ) Case No. 1:05CV00044 |
| Plaintiff, | ) |
| | ) **FINAL JUDGMENT** |
| v. | ) |
| | ) By: James P. Jones |
| JO ANNE B. BARNHART, | ) Chief United States District Judge |
| COMMISSIONER OF SOCIAL | ) |
| SECURITY, | ) |
| | ) |
| Defendant. | ) |

Based upon the court's de novo review of those portions of the magistrate judge's report and recommendations to which the Commissioner of Social Security ("Commissioner") objected, it is **ADJUDGED AND ORDERED** as follows:

1. The objection is sustained;

2. The magistrate judge's report and recommendations are accepted in part and rejected in part;

3. The motion for summary judgment by the Commissioner is granted;

4. The final decision of the Commissioner is **affirmed**; and

5. The clerk is directed to close the case.

ENTER: May 17, 2006

/s/ James P. Jones
Chief United States District Judge